7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Joseph Arthur Amos and Teri Eileen Amos
*Debtor*

*Bankruptcy Case No.*
12–50205–jwv7

**St. Joseph Regional Association of Realtors**
Plaintiff(s)

*Adversary Case No.*
12–05012–jwv

v.

**Teri Eileen Amos**
Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the debt owed the Board of Realtors by Ms. Amos shall not be discharged in bankruptcy. The Court directs the Clerk to enter judgment in favor of the Board of Realtors, Plaintiffs.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
Deputy Clerk



Date of issuance: 7/18/12

Court to serve